**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

——————————————————————X
                                   :

UNITED STATES OF AMERICA        :
                                   :

        v.                            :
                                   :      Case No. 1:26-cr-00100-ER

YIH-SHYAN "Wally" LIAW, RUEI-TSANG "Steven"  :
CHANG, and TING-WEI "Willy" SUN      :      **NOTICE OF APPEARANCE**
                                   :

         Defendants,           :
                                   :

——————————————————————X

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

      **PLEASE TAKE NOTICE** that James J. Benjamin, Jr. of Akin Gump Strauss Hauer &

Feld LLP, a member of this Court in good standing, respectfully enters his appearance as counsel

for defendant Ting-Wei "Willy" Sun in the above-captioned action and requests that all

pleadings, notices, orders, correspondence and other papers in connection with this action be

served on the undersigned.

Dated:  March 30, 2026
         New York, New York

                                   **AKIN GUMP STRAUSS HAUER & FELD LLP**

                                 /s/ James J. Benjamin, Jr.
                                James J. Benjamin, Jr.
                                One Bryant Park
                                New York, NY 10036
                                Telephone: (212) 872-1000
                                jbenjamin@akingump.com

                                *Attorney for Defendant Ting-Wei "Willy" Sun*