**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
——————————————————————X
:
UNITED STATES OF AMERICA                    :
:
v.                            :
:                Case No. 1:26-cr-00100-ER
YIH-SHYAN "Wally" LIAW, RUEI-TSANG "Steven"  :
CHANG, and TING-WEI "Willy" SUN             :          **NOTICE OF APPEARANCE**
:
Defendants,               :
:
——————————————————————X

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Katherine Goldstein of Akin Gump Strauss Hauer &

Feld LLP, a member of this Court in good standing, respectfully enters her appearance as counsel

for defendant Ting-Wei "Willy" Sun in the above-captioned action and requests that all

pleadings, notices, orders, correspondence and other papers in connection with this action be

served on the undersigned.

Dated:  March 30, 2026
        New York, New York


                              **AKIN GUMP STRAUSS HAUER & FELD LLP**

                               /s/ Katherine Goldstein
                              Katherine Goldstein
                              One Bryant Park
                              New York, NY 10036
                              Telephone: (212) 872-1000
                              kgoldstein@akingump.com

                              *Attorney for Defendant Ting-Wei "Willy" Sun*