UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------x
UNITED STATES OF AMERICA,

           - against-

YIH-SHYAN LIAW and TING-WEI
SUN,

               Defendant.
--------------------------------------------------x

**ORDER**

26 Cr. 100 (ER)

Ramos, D.J.:

An initial pretrial conference will be held on **April 1, 2026, at 11:30 a.m.** in Courtroom

619 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York

10007.

      SO ORDERED.

Dated: March 30, 2026
       New York, New York

                                          Edgardo Ramos, U.S.D.J.