Query     Reports     Utilities     Help     What's New     Log Out

CLOSED,E-Filing,Mandarin INTERPRETER,REMOVE

# U.S. District Court
## California Northern District (San Jose)
## CRIMINAL DOCKET FOR CASE #: 5:26-mj-70286-MAG All Defendants

Case title: USA v. Liaw et al

Other court case number: CR 26-100 SDNY, NY

Date Filed: 03/19/2026

Date Terminated: 03/27/2026

Assigned to: Magistrate Judge

## Defendant (1)

**Yih-Shyan "Wally" Liaw**
*TERMINATED: 03/27/2026*

represented by   **Aaron Shnider**
Shnider Law Firm
CA
181 Devine St, San Jose, CA 95110
San Jose
San Jose, CA 95110
408-438-5491
Email: ajs@shniderlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| Count 1 - 50 U.S.C. § 4819(a) and (b), and 15 C.F.R. §§ 736.2, 742.6, and 764.2. Counts 2-3: 18 U.S.C. § 371 Conspiracy to Smuggle Goods from the United States | |

Assigned to: Magistrate Judge

## Defendant (2)

**Ting-Wei "Willy" Sun**
*TERMINATED: 03/24/2026*

represented by   **Dejan Gantar**
Office of the Federal Public Defender
55 S Market Street, Suite 820
San Jose, CA 95113
San Jose, CA 95113
408.291.7753
Fax: 408.291.7399
Email: dejan_gantar@fd.org
*TERMINATED: 03/24/2026*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| Count 1 - 50 U.S.C. § 4819(a) and (b), and 15 C.F.R. §§ 736.2, 742.6, and 764.2. Counts 2-3: 18 U.S.C. § 371 Conspiracy to Smuggle Goods from the United States | |

**Plaintiff**

| USA | represented by | **Christina T. Liu**<br>DOJ-USAO<br>60 S. Market Street, 12th Floor<br>San Jose, CA 95113<br>415-535-5051<br>Email: christina.liu@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 03/19/2026 | 1 | Notice of Proceedings on Out-of-District Criminal Charges Pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure as to Yih-Shyan "Wally" Liaw (1), Ting-Wei "Willy" Sun (2). (cfe, COURT STAFF) (Filed on 3/19/2026) (Entered: 03/19/2026) |
| 03/19/2026 | | CASE DESIGNATED for Electronic Filing. (cfe, COURT STAFF) (Filed on 3/19/2026) (Entered: 03/19/2026) |

| 03/19/2026 | | Set Hearing as to Yih-Shyan "Wally" Liaw, Ting-Wei "Willy" Sun<br>Initial Appearance - Rule 5 Indictment set for 3/19/2026 01:00 PM in San Jose, Courtroom 2, 5th Floor before Magistrate Judge Virginia K. DeMarchi. (cfe, COURT STAFF) (Filed on 3/19/2026) (Entered: 03/19/2026) |
|---|---|---|
| 03/19/2026 | 2 | Minute Entry<br>for proceedings held before Magistrate Judge Virginia K. DeMarchi:<br>Initial Appearance - Rule 5 as to Ting-Wei "Willy" Sun held on 3/19/2026. DPPA advised. Defense to investigate possible bail resources regarding a proposed conditions of release.<br><br>The Court directs entry of the following Order: Pursuant to the Due Process Protection Act, the Court advised government counsel of the government's disclosure obligations under *Brady v. Maryland* and its progeny, and that the failure to do so in a timely manner may result in dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, or any other remedy that is just under the circumstances.<br><br>Attorney Appointment & Detention Hearing Hearing set for 3/20/2026 01:00 PM in San Jose, Courtroom 2, 5th Floor before Magistrate Judge Virginia K. DeMarchi.<br><br>Plaintiff's Attorneys: Christina Liu with Mark Murphy.<br>Defendant's Attorney:Dejan Gantar (provisionally).<br>Pretrial Officer:Gustavo Rangel.<br>Liberty Recording: 1:47 - 2:01 P.M. (14 Minutes).<br><br>Defendant Present:Yes.<br>Defendant in Custody: Yes.<br><br>(cfe, COURT STAFF) (Filed on 3/19/2026) (Entered: 03/19/2026) |
| 03/19/2026 | 3 | Minute Entry<br>for proceedings held before Magistrate Judge Virginia K. DeMarchi:<br>Initial Appearance - Rule 5 as to Yih-Shyan "Wally" Liaw held on 3/19/2026. DPPA advised. The Court adopts the stipulated Conditions of Release. Defendant is required to check in with Pretrial Services following the proceeding.<br><br>The Court directs entry of the following Order: Pursuant to the Due Process Protection Act, the Court advised government counsel of the government's disclosure obligations under *Brady v. Maryland* and its progeny, and that the failure to do so in a timely manner may result in dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, or any other remedy that is just under the circumstances.<br><br>Attorney Appointment & Bond Hearing set for 3/25/2026 01:00 PM in San Jose, Courtroom 2, 5th Floor before Magistrate Judge Virginia K. DeMarchi.<br><br>Plaintiff's Attorneys: Christina Liu with Mark Murphy.<br>Defendant's Attorney: Aaron Shnider: (provisionally).<br>Pretrial Officer:Gustavo Rangel.<br>Liberty Recording: 1:18-1:46 P.M. (28 Minutes).<br><br>Defendant Present:Yes. |

| | | |
|---|---|---|
| | | Defendant in Custody: Yes.<br><br>(cfe, COURT STAFF) (Filed on 3/19/2026) (Entered: 03/19/2026) |
| 03/19/2026 | 4 | **ORDER Setting Conditions of Release $5,000,000 UNSECURED BOND Entered as to Yih-Shyan "Wally" Liaw. Signed by Magistrate Judge Virginia K. DeMarchi on 3/19/26. (cfe, COURT STAFF) (Filed on 3/19/2026) Modified on 3/20/2026 (smc, COURT STAFF). (Entered: 03/19/2026)** |
| 03/20/2026 | 5 | Minute Entry<br>for proceedings held before Magistrate Judge Virginia K. DeMarchi:<br>Attorney Appointment & Detention Hearing as to Ting-Wei "Willy" Sun held on 3/20/2026. Matter has been continued to 3/24/26.<br><br>Attorney Appointment & Detention Hearing set for 3/24/2026 01:00 PM in San Jose, Courtroom 2, 5th Floor before Magistrate Judge Virginia K. DeMarchi.<br><br>Plaintiff's Attorneys: Christina Liu.<br>Defendant's Attorney:Dejan Gantar.<br>Pretrial Officer:Carolyn Troung.<br>Interpreter: Jeff Dinn (Mandarin).<br>Zoom Recording: 1:12-1:16 P.M. (04 Minutes).<br><br>Defendant Present:Yes.<br>Defendant in Custody: Yes.<br><br>(cfe, COURT STAFF) (Filed on 3/20/2026) (Entered: 03/20/2026) |
| 03/20/2026 | | Mandarin Interpreter Needed in case as to Ting-Wei "Willy" Sun. (cfe, COURT STAFF) (Filed on 3/20/2026) (Entered: 03/20/2026) |
| 03/20/2026 | 6 | AUDIO RECORDINGS ORDER (requesting docket(s): 3 ). Court will send to Paresh Dave at paresh_dave@wired.com a link to the files requested in this order. ( Filing fee $ 34, receipt number 280MIR6S) (mkl, COURT STAFF) (Filed on 3/20/2026). Audio link sent to paresh_dave@wired.com. Modified on 3/23/2026 (jcf, COURT STAFF). (Entered: 03/20/2026) |
| 03/24/2026 | 7 | Minute Entry<br>for proceedings held before Magistrate Judge Virginia K. DeMarchi:<br>Attorney Appointment & Detention Hearing as to Ting-Wei "Willy" Sun held on 3/24/2026. Defendant's next court appearance will be in the Southern District of New York on 4/1/2026 at 11:30am before Judge Edgardo Ramos in Courtroom 619 at 40 Foley Square, New York, NY 10007. Order REMOVED to the District of Southern District of New York.<br><br>Plaintiff's Attorneys: Christina Liu.<br>Defendant's Attorney:Dejan Gantar.<br>Pretrial Officer:Yaneyla Arellano.<br>Interpreter: Jeff Dinn (Mandarin).<br>Zoom Recording: 1:03-1:06 P.M. (03 Minutes).<br><br>Defendant Present:Yes.<br>Defendant in Custody: Yes. |

| | | (cfe, COURT STAFF) (Filed on 3/24/2026) (Entered: 03/24/2026) |
|---|---|---|
| 03/24/2026 | 8 | WAIVER of Rule 5 & 5.1 Hearings by Ting-Wei "Willy" Sun. (cfe, COURT STAFF) (Filed on 3/24/2026) (Entered: 03/24/2026) |
| 03/24/2026 | 9 | **COMMITMENT TO ANOTHER DISTRICT as to Ting-Wei "Willy" Sun. Defendant committed to District of SDNY, NY. Signed by Magistrate Judge Virginia K. DeMarchi on 3/24/26. (cfe, COURT STAFF) (Filed on 3/24/2026) (Entered: 03/24/2026)** |
| 03/24/2026 | 10 | NOTICE OF CRIMINAL CASE TRANSFER.<br><br>Case transfer from California Northern to SDNY,NY of a Rule 5, Rule 32, or Rule 40 Appearance as to Ting-Wei "Willy" Sun. Your case number is: 26-CR-100. Public transfer documents are accessible and can be retrieved by your court via PACER. Under seal or otherwise restricted documents will be emailed directly. Please send acknowledgement of receipt, including the case number, to InterDistrictTransfer_CAND@cand.uscourts.gov<br>*If you wish to designate a different email address for future transfers, send your request to the national list host at InterDistrictTransfer_TXND@txnd.uscourts.gov.* (cfe, COURT STAFF) (Filed on 3/24/2026) (Entered: 03/24/2026) |
| 03/25/2026 | 11 | Minute Entry<br>for proceedings held before Magistrate Judge Virginia K. DeMarchi:<br>Attorney Appointment & Bond Hearing as to Yih-Shyan "Wally" Liaw held on 3/25/2026. Defendant's retained counsel, Nelson Boxer, to submit Pro Hac Vice application. Identity Hearing waived.<br><br>Bond Hearing set for 3/27/2026 01:00 PM in San Jose, Courtroom 2, 5th Floor before Magistrate Judge Virginia K. DeMarchi.<br><br>Plaintiff's Attorneys: Christina Liu.<br>Defendant's Attorneys: Aaron Shnider & Nelson Boxer.<br>Pretrial Officer: Amaryllis Austin.<br>Liberty Recording: 1:07-1:21 P.M. (14 Minutes).<br><br>Defendant Present:Yes.<br>Defendant in Custody: No.<br><br>(cfe, COURT STAFF) (Filed on 3/25/2026) (Entered: 03/25/2026) |
| 03/25/2026 | 12 | WAIVER of Rule 5 & 5.1 Hearings by Yih-Shyan "Wally" Liaw. (cfe, COURT STAFF) (Filed on 3/25/2026) (Entered: 03/25/2026) |
| 03/27/2026 | 14 | Minute Entry<br>for proceedings held before Magistrate Judge Virginia K. DeMarchi:<br>Bond Hearing as to Yih-Shyan "Wally" Liaw held on 3/27/2026. The Court adopts Pretrial Service's recommendation in not changing the bond amount. The Court has modified the Conditions of Release to specify travel restrictions between this district and New York. CJA Aaron Shnider is now retained counsel.<br><br>Defendant **now requires a Mandarin Interpreter.**<br><br>Plaintiff's Attorneys: Christina Liu. |

| | | |
|---|---|---|
| | | Defendant's Attorneys: Aaron Shnider.<br>Pretrial Officer: Shafia Khanoon.<br>Liberty Recording: 1:06-1:15, 1:19-1:30 PM (20 Minutes).<br><br>Defendant Present:Yes.<br>Defendant in Custody: No.<br><br>(cfe, COURT STAFF) (Filed on 3/27/2026) (Entered: 03/27/2026) |
| 03/27/2026 | 15 | **ORDER Setting Conditions of Release $5,000.000 UNSECURED BOND Entered (Modified) as to Yih-Shyan "Wally" Liaw. Signed by Magistrate Judge Virginia K. DeMarchi on 3/27/26. (cfe, COURT STAFF) (Filed on 3/27/2026) (Entered: 03/27/2026)** |
| 03/27/2026 | 16 | Sealed Document. No NEF issued.<br><br>Court staff has served a copy of the document to the applicable party by First Class Mail or to a secured email account.<br>(cfe, COURT STAFF) (Filed on 3/27/2026) (Entered: 03/27/2026) |
| 03/27/2026 | 17 | **ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL as to Yih-Shyan "Wally" Liaw. Defendant committed to District of SDNY,NY. Signed by Magistrate Judge Virginia K. DeMarchi on 3/27/26. (cfe, COURT STAFF) (Filed on 3/27/2026) (Entered: 03/27/2026)** |
| 03/27/2026 | 18 | NOTICE OF CRIMINAL CASE TRANSFER.<br><br>Case transfer from California Northern to SDNY,NY of a Rule 5, Rule 32, or Rule 40 Appearance as to Yih-Shyan "Wally" Liaw. Your case number is: 26CRIM100. Public transfer documents are accessible and can be retrieved by your court via PACER. Under seal or otherwise restricted documents will be emailed directly. Please send acknowledgement of receipt, including the case number, to InterDistrictTransfer_CAND@cand.uscourts.gov<br>*If you wish to designate a different email address for future transfers, send your request to the national list host at InterDistrictTransfer_TXND@txnd.uscourts.gov.* (cfe, COURT STAFF) (Filed on 3/27/2026) (Entered: 03/27/2026) |

| DOCUMENTS UNDER SEAL ☐ | | | TOTAL TIME (mins): 14 minutes | |
|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK Steven Chilton | REPORTER/DIGITAL RECORDING: Liberty Recording: 1:47 - 2:01 P.M. | |
| MAGISTRATE JUDGE Virginia K. DeMarchi | | DATE 3/19/2026 | NEW CASE ☒ | CASE NUMBER 5:26-mj-70286-MAG-2 |

**APPEARANCES**

| DEFENDANT Ting-Wei "Willy" Sun | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Dejan Gantar (provisionally) | PD. ☒ RET. ☐ APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY Christina Liu with Mark Murphy | | INTERPRETER | | ☐ FIN. AFFT SUBMITTED | ☒ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Gustavo Rangel | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ | |

**PROCEEDINGS SCHEDULED TO OCCUR**

| ☒ INITIAL APPEAR Rule 5 | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS ☐ TRIAL SET |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ IA REV PROB. or or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

**INITIAL APPEARANCE**

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

**ARRAIGNMENT**

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

**RELEASE**

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED  ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

**PLEA**

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

**CONTINUANCE**

| TO: 3/20/2026 | ☒ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT: 1:00 P.M. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☐ STATUS |
| BEFORE HON. Virginia K. DeMarchi | ☒ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

DPPA advised. Defense to investigate possible bail resources regarding a proposed conditions of release.

DOCUMENT NUMBER:

| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 28 minutes | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK Steven Chilton | | REPORTER/DIGITAL RECORDING: Liberty Recording: 1:18 - 1:46 P.M. | |
| MAGISTRATE JUDGE Virginia K. DeMarchi | | DATE 3/19/2026 | | NEW CASE ☒ | CASE NUMBER 5:26-mj-70286-MAG-1 |

| APPEARANCES | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DEFENDANT Yih-Shyan "Wally" Liaw | | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Aaron Shnider (Provisionally) | | PD. ☐  RET. ☐ APPT. ☒ | |
| U.S. ATTORNEY Christina Liu with Mark Murphy | | INTERPRETER | | | ☐ FIN. AFFT SUBMITTED | | ☒ COUNSEL APPT'D | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Gustavo Rangel | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | | | PARTIAL PAYMENT OF CJA FEES ☐ | | |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | |
|---|---|---|---|---|
| ☒ INITIAL APPEAR Rule 5 | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS ☐ TRIAL SET |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ IA REV PROB. or or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

| INITIAL APPEARANCE | | | |
|---|---|---|---|
| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |

| ARRAIGNMENT | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

| RELEASE | | | | |
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | AMT OF SECURITY $ 5,000,000 | SPECIAL NOTES Unsecured | ☒ PASSPORT SURRENDERED DATE:3/19/2026 |
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☐ MOTION FOR DETENTION | ☒ PRETRIAL SERVICES REPORT | ☐ DETAINED  ☒ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | |

| PLEA | | | |
|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

| CONTINUANCE | | | | |
|---|---|---|---|---|
| TO: 3/25/2026 | ☒ ATTY APPT HEARING | ☒ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
| AT: 1:00 P.M. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☐ STATUS |
| BEFORE HON. Virginia K. DeMarchi | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

| ADDITIONAL PROCEEDINGS |
|---|

DPPA advised.  The Court adopts the stipulated Conditions of Release.  Defendant is required to check in with Pretrial Services following the proceeding.

DOCUMENT NUMBER:

| DOCUMENTS UNDER SEAL ☐ | | | | | | TOTAL TIME (mins): 4 minutes | | |
|---|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK Steven Chilton | | | | REPORTER/DIGITAL RECORDING: Zoom Recording: 1:12 - 1:16 P.M. | | |
| MAGISTRATE JUDGE Virginia K. DeMarchi | | DATE 3/20/2026 | | | NEW CASE ☐ | | CASE NUMBER 5:26-mj-70286-MAG-2 | |

## APPEARANCES

| DEFENDANT Ting-Wei "Willy" Sun | | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Dejan Gantar | | PD. ☒ RET. ☐ APPT. ☐ | |
|---|---|---|---|---|---|---|---|---|
| U.S. ATTORNEY Christina Liu | | INTERPRETER Jeff Dinn (Mandarin) | | | ☐ FIN. AFFT SUBMITTED | | ☐ COUNSEL APPT'D | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Carolyn Truong | | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | | PARTIAL PAYMENT OF CJA FEES ☐ | |

## PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS ☐ TRIAL SET |
|---|---|---|---|---|
| ☒ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ IA REV PROB. or or S/R | ☐ OTHER |
| ☒ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

## INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

## ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | WAIVER OF INDICTMENT FILED |
|---|---|---|---|

## RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

## PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

## CONTINUANCE

| TO: 3/24/2026 | ☒ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT: 1:00 P.M. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING _____ | ☐ CHANGE OF PLEA | ☐ STATUS |
| BEFORE HON. Virginia K. DeMarchi | ☒ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

## ADDITIONAL PROCEEDINGS

Matter has been continued to 3/24/2026.

DOCUMENT NUMBER:

DOCUMENTS UNDER SEAL ☐ | TOTAL TIME (mins): 3 minutes

| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Steven Chilton | REPORTER/DIGITAL RECORDING:<br>Zoom Recording: 1:03 - 1:06 P.M. | |
|---|---|---|---|
| MAGISTRATE JUDGE<br>Virginia K. DeMarchi | DATE<br>3/24/2026 | NEW CASE ☐ | CASE NUMBER<br>5:26-mj-70286-MAG |

### APPEARANCES

| DEFENDANT<br>Ting-Wei "Willy" Sun | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Dejan Gantar | PD. ☒ RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|

| U.S. ATTORNEY<br>Christina Liu | INTERPRETER<br>Jeff Dinn (Mandarin) | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D |
|---|---|---|---|

| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Yaneyla Arellano | DEF ELIGIBLE FOR<br>APPT'D COUNSEL ☐ | PARTIAL PAYMENT<br>OF CJA FEES ☐ |
|---|---|---|---|

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS<br>☐ TRIAL SET |
|---|---|---|---|---|
| ☒ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ IA REV PROB. or or S/R | ☐ OTHER |
| ☒ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED<br>☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☒ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF Southern District of New York

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT: | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☐ STATUS |
| BEFORE HON. | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Defendant's next court appearance will be in the Southern District of New York on 4/1/2026 before Judge Edgardo Ramos in Courtroom 619 at 40 Foley Square, New York, NY 10007.

DOCUMENT NUMBER:

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
### for the
Northern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  5:26-mj-70286-MAG-2 |
| Ting-Wei "Willy" Sun | ) | |
| | ) | Charging District's Case No.  26-CR-100 |
| _Defendant_ | ) | |

### WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the _(name of other court)_ _____
Southern District of New York

I have been informed of the charges and of my rights to:

(1)  retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)  an identity hearing to determine whether I am the person named in the charges;

(3)  production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)  a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)  a hearing on any motion by the government for detention;

(6)  request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐  an identity hearing and production of the warrant.

☐  a preliminary hearing.

☐  a detention hearing.

☑  an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: _____03/24/2026_____          _____
                                                          _Defendant's signature_

                                                          _____
                                                          _Signature of defendant's attorney_

                                                          Dejan M. Gantar, AFPD
                                                          _Printed name of defendant's attorney_

AO 94  (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   5:26-mj-70286-MAG |
| Ting-Wei "Willy" Sun | ) | |
| | ) | Charging District's |
| *Defendant* | ) | Case No.   26-CR-100 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____Southern_____ District of _New York_ ,

*(if applicable)*  Foley Square _____ division.  The defendant may need an interpreter for this language:

Mandarin _____ .

The defendant:  ☑ will retain an attorney.

☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:   03/24/2026 _____

_Virginia K. DeMarchi_
*Judge's signature*

U.S. Magistrate Judge Virginia K. DeMarchi
*Printed name and title*

| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 14 minutes | | |
|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK Steven Chilton | | REPORTER/DIGITAL RECORDING: Liberty Recording: 1:07 - 1:21 P.M. | |
| MAGISTRATE JUDGE Virginia K. DeMarchi | DATE 3/25/2026 | NEW CASE ☐ | CASE NUMBER 5:26-mj-70286-MAG | |

### APPEARANCES

| DEFENDANT Yih-Shyan "Wally" Liaw | AGE | CUST N | P/NP P | ATTORNEY FOR DEFENDANT Aaron Shnider & Nelson Boxer | PD. ☐ RET. ☒ APPT. ☒ |
|---|---|---|---|---|---|
| U.S. ATTORNEY Christina Liu | INTERPRETER | | ☐ FIN. AFFT SUBMITTED | | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Amaryllis Austin | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ | |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS / ☐ TRIAL SET |
|---|---|---|---|---|
| ☒ I.D. COUNSEL | ☐ ARRAIGNMENT | ☒ BOND HEARING | ☐ IA REV PROB. or or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☐ MOTION FOR DETENTION | ☒ PRETRIAL SERVICES REPORT | ☐ DETAINED ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: 3/27/2026 | ☐ ATTY APPT HEARING | ☒ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT: 1:00 P.M. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☐ STATUS |
| BEFORE HON. Virginia K. DeMarchi | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Defendant's retained counsel, Nelson Boxer, to submit Pro Hac Vice application. Identity Hearing waived.

DOCUMENT NUMBER:

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
## for the
### Northern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 5:26 - MJ - 70286 - |
| Yih Shiyaw Liaw aka Wally | ) | MAG - 1 |
| _____Defendant_____ | ) | Charging District's Case No. 26 Crim 100, SDNY |

### WAIVER OF RULE 5 & 5.1 HEARINGS
#### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*  SDNY _____ .

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)     a hearing on any motion by the government for detention;

(6)     request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑      an identity hearing and production of the warrant.

☐      a preliminary hearing.

☐      a detention hearing.

☐      an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 3/25/2026 _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Nelson A. Boxer
*Printed name of defendant's attorney*

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 5:26-mj-70286-MAG-1 |
| | ) | |
| Yih-Shyan "Wally" Liaw | ) | Charging District:   Southern District of New York |
| *Defendant* | ) | Charging District's Case No.  26CRIM100 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| | |
|---|---|
| Place: Thurgood Marshall United States Courthouse<br>40 Foley Square<br>New York, NY 10007 | Courtroom No.:  619 |
| | Date and Time: 4/1/2026 11:30 am |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:        03/27/2026

*Virginia K. DeMarchi*
*Judge's signature*

U.S. Magistrate Judge Virginia K. DeMarchi
*Printed name and title*