**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, NY 10278*

May 1, 2026

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: *United States v. Yih-Shyan "Wally" Liaw, et al.*, 26 Cr. 100 (ER)**

Dear Judge Ramos:

The Government writes, with the consent of counsel for defendant Yih-Shyan "Wally" Liaw (the "defendant"), to respectfully request that the Court issue an order setting the bail conditions proposed below.

As the Court is aware, the defendant was arrested on March 19, 2026 in the Northern District of California after being charged in the above-captioned case. The defendant was presented in the Northern District of California that day and ordered released on bail. The parties understand from Pretrial Services that, now that the defendant has made an initial appearance in this District, bail conditions must be set here before Pretrial Services can request that the defendant's supervision be carried out by the Northern District of California, where he resides.

On April 24, 2026, the defendant was interviewed by Pretrial Services in this District. Consistent with the recommendation of Pretrial Services following that interview, the parties respectfully request that the Court reimpose substantially the same conditions as those previously imposed by the Northern District of California, which are set forth below:

1. $5 million bond co-signed by one financially responsible person.
2. Surrender all passports and make no new applications.
3. Travel is restricted to the Southern and Eastern Districts of New York and the Northern and Central Districts of California (and any points in between necessary for travel to those permitted districts).
4. No contact with co-defendants except in the presence of counsel.

In addition to the foregoing, the parties respectfully request that the other standard conditions of pretrial release, including requirements that the defendant not commit further crimes or obstruct any criminal investigation, also be imposed.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: ____________________________

Juliana N. Murray
David J. Robles
Kevin T. Sullivan
Assistant United States Attorneys
(212) 637-2314 / -2550 / -1587

**SO ORDERED:**

________________________________________

THE HONORABLE EDGARDO RAMOS
United States District Judge
Southern District of New York