Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036

T   +1 212.872.1000
F   +1 212.872.1002
akingump.com



**James Benjamin**
+1 212.872.8091
jbenjamin@akingump.com

| The request is granted. |
| SO ORDERED. |
| Edgardo Ramos, U.S.D.J. |
| Dated: June 8, 2026 |
| New York, New York |

## MEMO ENDORSED  June 8, 2026

VIA ELECTRONIC COURT FILING

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 619
New York, NY 10007

  Re: United States v. Ting-Wei Sun, 26 Cr. 100 (ER)

Dear Judge Ramos:

 We write on behalf of our client, Ting-Wei Sun, to respectfully request court approval for our client to leave his residence, as specified below, to meet with his counsel and attend a pretrial conference before the Court.  The government has informed us that it consents to this request.

 On May 20, 2026, Mr. Sun was released on bail subject to conditions including, inter alia, home incarceration with electronic monitoring.  Mr. Sun is residing in a rental property located at 66-06 251st Street, Flushing, NY 11362.

 We respectfully request that the Court permit Mr. Sun to leave his residence on Wednesday, June 10, 2026, to meet with defense counsel at One Bryant Park from 9:00 a.m. to approximately 10:30 a.m. and to attend the 11:00 a.m. pretrial conference, with ninety minutes of travel time to counsel's office and ninety minutes of travel time from the courthouse to his residence.

 As noted above, the government has informed us that it consents to this request.  Should the Court approve this request, we will inform our client's supervising Pretrial Services Officer and will coordinate with her regarding any further logistics.



June 8, 2026
Page 2


We are grateful for the Court's consideration of this request.

> Respectfully submitted,
>
> */s/ James J. Benjamin, Jr.*
>
> James J. Benjamin, Jr.
> Akin Gump Strauss Hauer & Feld LLP
>
> Counsel for Ting-Wei Sun


cc:    AUSAs Juliana Murray, David Robles, and Kevin Sullivan
       Pretrial Services Officer Jazzlyn Harris