655 Third Avenue, 12th Fl.
New York, NY 10017

T: 212.370.0330
www.pkbllp.com

Petrillo Klein + Boxer LLP

DAVID HOFFMAN
dhoffman@pkbllp.com
D: 212.270.0336
M: 646.957.4588

June 12, 2026

**By ECF**
Hon. Edgardo Ramos
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007
Courtroom 619
ChambersNYSDRamos@nysd.uscourts.gov

**Re: *United States v. Liaw, et al.*, 26 Crim. 100 (ER)**

Dear Judge Ramos:

We represent Defendant Yih-Shyan "Wally" Liaw in the above-referenced action. In compliance with the Court's instructions at the June 10, 2026, status conference, we have conferred with the Government and agreed to the following briefing schedule for Mr. Liaw's pre-trial motions:

- Mr. Liaw will file his Opening Brief on September 15, 2026.
- The Government will file its Opposition Brief on October 13, 2026.
- Mr. Liaw will file his Reply Brief on October 27, 2026.

We respectfully request that the Court enter a Scheduling Order in accordance with the above. A Proposed Order is attached hereto.

Sincerely,

*/s/ David Hoffman*

Nelson A. Boxer
Guy Petrillo
David Hoffman
Eliza Simons
Petrillo Klein & Boxer LLP
655 Third Avenue
12th Floor
New York, NY 10017

*Attorneys for Yih-Shyan*
*"Wally" Liaw*