655 Third Avenue, 12th Fl.
New York, NY 10017

T: 212.370.0330
www.pkbllp.com

Petrillo Klein + Boxer LLP

NELSON A. BOXER
nboxer@pkbllp.com
D: 212.370.0338
M: 917.273.2693

September 14, 2026

**By ECF**
Hon. Edgardo Ramos
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**Re: *United States v. Wally Liaw*, SDNY 1:26-cr-00100-ER**

Dear Judge Ramos:

We represent Defendant Yih-Shyan "Wally" Liaw in the above-referenced action and write pursuant to Rule 6.1 of the Electronic Case Filing Rules & Instructions of the United States District Court for the Southern District of New York.

The Memorandum of Law, Declarations, and exhibits in support of our pretrial motions (our "Motion Papers") rely on some information and material designated by the government as "Disclosure Material" and "Attorneys' Possession Ony" or "Attorneys' Eyes Only" pursuant to the Protective Order in place. *See* ECF No. 23 ¶¶ 1–3. Accordingly, we respectfully request the following protocol regarding Mr. Liaw's pretrial motions we file tomorrow: that we file with the Clerk of the Court all of our Motion Papers under seal by ECF, serving them by email to the government; that the government then informs the Court and us of its position as to any portions of our Motions Papers it requests remain under seal; that we be given an opportunity to respond to those requests; and that thereafter the Court issues a ruling or an Order regarding sealing of our Motion Papers, after which we file on ECF unsealed Motion Papers, redacted as ordered. The government consents to this request.

Respectfully submitted,

Petrillo Klein + Boxer LLP
Nelson A. Boxer
655 Third Avenue
New York, NY 10017
(212) 370-0338
nboxer@pkbllp.com