**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, NY 10278*

September 30, 2026

**By ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: *United States v. Yih-Shyan "Wally" Liaw, et al.*, 26 Cr. 100 (ER)**

Dear Judge Ramos:

The Government writes, with the consent of counsel for defendant Yih-Shyan "Wally" Liaw, to respectfully request a one-week extension of the deadline for the Government's opposition to the defendant's Rule 12 motions and a corresponding one-week extension for the defendant's reply. The Government makes this request to provide sufficient time to respond to the 70-page brief and accompanying exhibits filed by the defense. The requested extensions would result in the Government's opposition being due on October 20, 2026, and the defendant's reply being due on November 3, 2026. No prior extension requests have been made by the Government. Consistent with the Court's individual rules, a proposed scheduling order is attached as Exhibit A.

The Government also respectfully requests, with the consent of defense counsel, that it be permitted to file an opposition of not more than 75 pages, which is the same page limit that the Court previously granted for the defendant's motions. *See* Dkt. 49.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: ______________________
Juliana N. Murray
David J. Robles
Kevin T. Sullivan
Assistant United States Attorneys
(212) 637-2314 / -2550 / -1587

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

YIH-SHYAN "Wally" LIAW,
RUEI-TSANG "Steven" CHANG, and
TING-WEI "Willy" SUN,

*Defendants.*

**[Proposed] Scheduling Order**

**26 Cr. 100 (ER)**

Upon the application of the United States of America, with the consent of counsel for defendant Yih-Shyan "Wally" Liaw, the Court hereby orders that the remaining briefing schedule for the defendant's Rule 12 motions is modified as follows:

- The Government's opposition shall be due no later than October 20, 2026.
- The defense's reply shall be due no later than November 3, 2026.

SO ORDERED:

Dated: New York, New York

___________________, 2026

__________________________________
THE HONORABLE EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE