**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

v.

YIH-SHYAN "Wally" LIAW,
RUEI-TSANG "Steven" CHANG, and
TING WEI "Willy" SUN,

Defendants.

Case No. 1:26-cr-00100-ER

# DECLARATION OF ELIZA SIMONS

I, ELIZA SIMONS, do declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an associate attorney at Petrillo Klein & Boxer LLP ("PKB"), counsel for Yih-Shyan "Wally" Liaw in the above-captioned case. The below is, *inter alia*, based upon my personal knowledge and information shared with me by TransPerfect Legal ("TransPerfect"), the e-discovery and translation vendor retained by PKB and Mr. Liaw.

2. As of the date of this Declaration, the government has produced in discovery in excess of 1.75 terabytes of data. This production includes several hundred thousand documents and communications in foreign languages, primarily Chinese and Thai.

3. Unless otherwise indicated, all Exhibits identified herein have been designated by the government as "Disclosure Material" pursuant to Paragraph 1 of the Protective Order, ECF No. 23.

4. Attached hereto as **EXHIBIT 1** is a true and correct copy of the Search Warrant for the Apple iCloud and Google account belonging to Mr. Liaw, dated January 9, 2026 (the "Liaw SCA Warrant") (USAO_000402 – USAO_000494). This document has been designated

by the government as both Disclosure Material and "Attorneys' Possession Only" ("APO") material. *See* ECF No. 23 ¶ 2 .

5. Attached hereto as **EXHIBIT 2** is a true and correct copy of the search warrant, including the supporting affidavit, for Mr. Liaw's person and premises, dated March 18, 2026 (the "Devices Warrant") (USAO_000852 – USAO_001052). This document has been designated by the government as Disclosure Material and was initially designated as "Attorneys' Eyes Only" ("AEO") material, *see* ECF No. 23 ¶ 3, but on June 17, 2026, upon agreement between the parties, was re-designated as APO material.

6. Attached hereto as **EXHIBIT 3** is a true and correct copy of search warrants, including the supporting affidavit, for the Apple iCloud and Google accounts belonging to [redacted] and [redacted], dated March 6, 2026 (the [redacted]) (USAO_000760 – USAO_000851). This document has been designated by the government as both Disclosure Material and AEO material. *see* ECF No. 23 ¶ 3.

7. Attached hereto as **EXHIBIT 4** is a true and correct copy of an invoice from Super Micro Taiwan to [redacted] (USAO_005807 – USAO_005817), dated April 26, 2025.

8. Attached hereto as **EXHIBIT 5** is a true and correct copy of a remittance from [redacted] to Super Micro Taiwan, dated April 29, 2025 (USAO_016419). This document has been designated by the government as both Disclosure Material and APO material.

9. Attached hereto as **EXHIBIT 6** is a true and correct copy of the Super Micro Computer, Inc., Form 10-K for the fiscal year ended June 30, 2025, publicly filed with the U.S. Securities Exchange Commission.

10. Attached hereto as **EXHIBIT 7** is a true and correct copy of the NVIDIA Corp. Form 10-K for the fiscal year ended January 26, 2025, publicly filed with the U.S. Securities Exchange Commission.

11. Attached hereto as **EXHIBIT 8** is a true and correct copy of a Report of Investigation from the U.S. Department of Commerce, Bureau of Industry and Security's Office of Export Enforcement, dated December 16, 2025 (USAO_008919 –USAO_008977).

12. Attached hereto as **EXHIBIT 9** is a true and correct copy of the search warrant, including the supporting affidavit, for the Apple iCloud and Google accounts belonging to Defendant Ruei-Tsang "Steven" Chang, dated February 9, 2026 (the "Chang SCA Warrant") (USAO_000520 – USAO_000611). This document has been designated by the government as both Disclosure Material and APO material. *see* ECF No. 23 ¶ 2.

13. Attached hereto as **EXHIBIT 10** is a true and correct copy of a Federal Bureau of Investigation ("FBI") evidence entry Form FD-1087a, dated March 19, 2026, documenting evidence collected from the search of Mr. Liaw's home (USAO_001865 – USAO_001866).

14. Attached hereto as **EXHIBIT 11** is a true and correct copy of the "Certification of Authenticity of Foreign Records of Regularly Conducted Activity Pursuant to United States Federal Rule of Evidence 902(12)" of [redacted], dated March 6, 2026 (USAO_024960 – USAO_024961).

15. Attached hereto as **EXHIBIT 12** is a true and correct copy of the "Certification of Authenticity of Foreign Records of Regularly Conducted Activity Pursuant to United States Federal Rule of Evidence 902(12)" of [redacted], dated March 5, 2026 (USAO_024962 – USAO_024965).

16. Attached hereto as **EXHIBIT 13** is a true and correct copy of excerpts of screen shots of LINE instant message communications between Steven Chang and [redacted] provided by [redacted] to the Government (USAO_023330). **EXHIBIT 13** is marked with [redacted] Bates Numbers [redacted] 00005390 – [redacted] 00005604. The declaration from [redacted], *see* Ex. 12, indicates the document bearing those Bates Numbers was provided by [redacted].

17. Attached hereto as **EXHIBIT 14** is a true and correct copy of excerpts of screen shots of LINE instant message communications between Defendant Ting Wei "Willy" Sun and [redacted] provided by [redacted] to the government (USAO_023551 – USAO_023578). **EXHIBIT 14** is marked with [redacted] Bates Numbers [redacted] 00005611 – [redacted] 00005637. The declaration from [redacted], *see* Ex. 12, indicates the document bearing those Bates Numbers was provided by [redacted]

18. Attached hereto as **EXHIBIT 15** is a true and correct copy of an email from Mr. Liaw to Steven Chang and other Super Micro personnel, dated October 11, 2024 (USAO_R05_00079066).

19. Attached hereto as **EXHIBIT 16** is a true and correct copy of excerpts of screen shots of LINE instant message communications between Mr. Chang and [redacted] provided by [redacted] to the government (USAO_018137 – USAO_018308). **EXHIBIT 16** is marked with [redacted] Bates Numbers [redacted] 00000688 – [redacted] 00000858. The declaration from [redacted] *see* Ex. 11, indicates the document bearing those Bates numbers was provided by [redacted].

20. Attached hereto as **EXHIBIT 17** is a true and correct copy of excerpts of screen shots of LINE instant message communications between Mr. Liaw and [redacted] provided by [redacted] to the government (USAO_018309). **EXHIBIT 17** is marked with [redacted] Bates

Numbers [redacted]00000860 – [redacted]00001362. The declaration from [redacted] *see* Ex. 11, indicates the document bearing those Bates Numbers was provided by [redacted]

21. Attached hereto as **EXHIBIT 18** is a true and correct copy of an email from Mr. Liaw to [redacted], dated May 24, 2024, which appears to have been collected from the custodial files of a Super Micro Compliance employee, [redacted]. (USAO_R01_00883056 – USAO_R01_00883062).

22. Attached hereto as **EXHIBIT 19** is a true and correct copy of an email from Mr. Liaw to [redacted], dated May 18, 2024, which appears to have been collected from the custodial files of a Super Micro Compliance employee, [redacted]. (USAO_R01_00883051 – USAO_R01_00883055).

23. Attached hereto as **EXHIBIT 20** is a true and correct copy of a production cover letter from external counsel for Super Micro, dated April 9, 2026, regarding "Super Micro Computer Inc.'s Partial Production Response to SDNY's Grand Jury Subpoena dated March 19, 2026 (USAO_R02_00034749). The letter states: "This production consists of materials Bates numbered SMCI-SDNY2026-00000001 through SMCI-SDNY2026-00004461." *Id.* Based on the Bates Numbers referenced in the April 9, 2026 letter, I infer that documents produced by the government bearing Bates Numbers beginning with "SMCI-SDNY2026" (in addition to government-designated, USAO Bates Numbers) were produced by Super Micro to the government on or after April 9, 2026.

24. Attached hereto as **EXHIBIT 21** is a true and correct copy of a production cover letter from the government to counsel for Mr. Liaw, dated April 30, 2026, reflecting that documents bearing Bates Numbers USAO_R01_00904421 - USAO_R01_01038354; USAO_R01_01038357 - USAO_R01_01038434 were produced by Super Micro to the

government. Based on my review of a substantial sample of documents within those Bates Number ranges, each document I reviewed bears a Bates number beginning with "SMCI-SDNY-" in addition to the government-provided, USAO Bates number.

25. Attached hereto as **EXHIBIT 22** is a true and correct copy of a production cover letter from external counsel for Super Micro, dated November 29, 2024. **EXHIBIT 22** is captioned "Grand Jury Subpoenas to Super Micro Computer, dated October 22, 2024" and refers to the October 22, 2024 subpoena as the "second grand jury subpoena," indicating that at least two grand jury subpoenas were issued to Super Micro before November 29, 2024. Because documents produced in response to the March 19, 2026 subpoena referenced in Exhibit 23 are stamped with Super Micro-provided Bates Numbers "SMCI-SDNY2026-," I infer that documents bearing the differently formatted prefix "SMCI-SDNY-" were produced by Super Micro pursuant to one of the two earlier Grand Jury Subpoenas issued before November 29, 2024, rather than the March 19, 2026 Grand Jury Subpoena.

26. Attached hereto as **EXHIBIT 23** is a true and correct copy of a Super Micro slide deck presentation titled "Sales Restricted GPUs Due Diligence Qualification Process," dated April 2024 (USAO_R01_01001923). **EXHIBIT 23** bears Super Micro-provided Bates Number SMCI-SDNY-0097503.

27. Attached hereto as **EXHIBIT 24** is a true and correct copy of Super Micro document titled "NVIDIA GPU Opportunity SOP" (USAO_R01_00923591). **EXHIBIT 24** bears Super Micro-provided Bates Number SMCI-SDNY-0019171.

28. Attached hereto as **EXHIBIT 25** is a true and correct copy of a Super Micro document titled "Cross-functional Flowchart for GTC incorporated OTC Process involving

restricted GPU" (USAO_R01_00960644). **EXHIBIT 25** bears Super Micro-provided Bates Number SMCI-SDNY-0056224.

29. Attached hereto as **EXHIBIT 26** is a true and correct copy of a FBI Report (FD-302) memorializing the FBI's execution of the Devices Warrant, dated March 23, 2026 (USAO_001896 – USAO_001897).

30. Attached hereto as **EXHIBIT 27** is a true and correct copy of a FBI Report (FD-302) memorializing the March 19, 2026, arrest of Mr. Liaw, dated April 2, 2026 (USAO_001950 – USAO_001951).

31. **EXHIBIT 28** is a true and correct copy of body camera footage depicting the arrest of Mr. Liaw (USAO_001065). Because this exhibit is a video file and cannot be physically attached to this Declaration, a copy has been provided to the Court on a CD that contains all the video exhibits referenced herein.

32. **EXHIBIT 29** is a true and correct copy of body camera footage of the arrest of Mr. Liaw (USAO_001066). Because this exhibit is a video file and cannot be physically attached to this Declaration, a copy has been provided to the Court on a CD that contains all the video exhibits referenced herein.

33. Attached hereto as **EXHIBIT 30** is a true and correct copy of a March 19, 2026 photo of the front door of Mr. Liaw's home (USAO_002234).

34. **EXHIBIT 31** is a true and correct copy of body camera footage of the arrest of Mr. Liaw (USAO_001058). Because this exhibit is a video file and cannot be physically attached to this Declaration, a copy has been provided to the Court on a CD that contains all the video exhibits referenced herein.

35. **EXHIBIT 32** is a true and correct copy of body camera footage of the arrest of Mr. Liaw (USAO_001056). Because this exhibit is a video file and cannot be physically attached to this Declaration, a copy has been provided to the Court on a CD that contains all the video exhibits referenced herein.

36. **EXHIBIT 33** is a true and correct copy of body camera footage of the arrest of Mr. Liaw (USAO_001059). Because this exhibit is a video file and cannot be physically attached to this Declaration, a copy has been provided to the Court on a CD that contains all the video exhibits referenced herein.

37. Attached hereto as **EXHIBIT 34** is a true and correct copy of a FBI Evidence Collected Item Log, dated March 19, 2026 (USAO_001901).

38. Attached hereto as **EXHIBIT 35** is a true and correct copy of an Advice of Rights form dated March 19, 2024 (USAO_001952).

39. Attached hereto as **EXHIBIT 36** is a true and correct copy of Line chat messages exchanged between Mr. Liaw and [redacted] dated June 20, 2024, which were forensically extracted by TransPerfect from Mr. Liaw's Apple iCloud account.

40. Attached hereto as **EXHIBIT 37** is a true and correct copy of Line chat messages exchanged between Mr. Liaw and [redacted] dated January 13, 2025, which were forensically extracted by TransPerfect from Mr. Liaw's Apple iCloud account.

41. Attached hereto as **EXHIBIT 38** is a true and correct copy of Line chat messages exchanged between Mr. Liaw, Mr. Chang, and Mr. Willy Sun, dated April 6, 2025, which were forensically extracted by TransPerfect from Mr. Liaw's Apple iCloud account.

42. Attached hereto as **EXHIBIT 39** is a true and correct copy of Line chat messages exchanged between Mr. Liaw, Mr. Chang, and Mr. Willy Sun, dated April 7, 2025, which were forensically extracted by TransPerfect from Mr. Liaw's Apple iCloud account.

43. I hereby declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

Executed on September 15, 2026.

Eliza Simons
Eliza Simons