# EXHIBIT 5

# [Filed Under Seal]