# EXHIBIT 22

# [Filed Under Seal]