# EXHIBIT 23

# [Filed Under Seal]