# EXHIBIT 24

# [Filed Under Seal]