# EXHIBIT 25

# [Filed Under Seal]