# EXHIBIT 36

# [Filed Under Seal]