# EXHIBIT 37

# [Filed Under Seal]