# EXHIBIT 38

# [Filed Under Seal]