# EXHIBIT 39

# [Filed Under Seal]