**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

v.

YIH-SHYAN "Wally" LIAW,
RUEI-TSANG "Steven" CHANG, and
TING WEI "Willy" SUN,

Defendants.

Case No. 1:26-cr-00100-ER

**DECLARATION OF NELSON A. BOXER**

I, NELSON A. BOXER, do declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney at and a partner of Petrillo Klein & Boxer LLP ("PKB") and we represent Yih-Shyan "Wally" Liaw in the above-captioned case.

2. On April 6, 2026, in a letter transmitted by email to the government, we requested particulars concerning certain allegations in the Indictment (the "April Letter"). A true and correct copy of the April Letter is attached hereto as Exhibit A.

3. On April 20, 2026, the government provided by email a short index identifying certain of the anonymized individuals and entities referenced in the Indictment. The government did not otherwise provide the particulars requested in the April Letter. A true and correct copy of the index is attached hereto as Exhibit B (USAO_002258).

4. On July 29, 2026, in a letter transmitted by email to the government, we renewed the requests for particulars set forth in the April Letter and sought additional particulars (the "July Letter"). A true and correct copy of the July Letter is attached hereto as Exhibit C.

5. On August 17, 2026, in a letter transmitted by email to the government, we renewed the requests for particulars set forth in both the April Letter and the July Letter and

sought additional particulars (the "August Letter"). A true and correct copy of the August Letter is attached hereto as Exhibit D.

6. On September 4, 2026, the government provided by email a written response to the April, July, and August Letters. A true and correct copy of the government's response is attached hereto as Exhibit E.

7. We have conferred with counsel for the government regarding the particulars we have sought, and the government has indicated to me that it agrees the parties engaged in a good-faith meet-and-confer process concerning the issues presented in the instant motion for particulars. *See* SDNY Local Criminal Rule 16.1.

8. I hereby declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

Executed on September 15, 2026.

Nelson A. Boxer