UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>-v-<br>YIH-SHYAN "WALLY" LIAW, et al.,<br>Defendants. | 1:26-cr-00100-ER |

## DECLARATION OF WALLY LIAW

1. Wally Liaw, pursuant to 28 U.S.C. § 1746(2), declares, under the penalty of perjury, that the following is true and correct:

2. Prior to March 19, 2026, I owned and used two cellphones—an iPhone 16 Pro Max, my "Personal Phone," and an iPhone 17 Pro Max, my "Work Phone." The telephone number for my Personal Phone was (408) 891-7558; the telephone number for my Work Phone was (408) 607-8128.

3. On March 19, 2026, at approximately 6 a.m., I was asleep in my bedroom upstairs in my home, 47916 Avalon Heights Terrace, Fremont, California 94539, when I heard a very loud noise. I thought at first that we were being robbed or that it was a noise from next door. My wife, Meei, went downstairs, and I went downstairs shortly after, taking my two cell phones off my nightstand, where they were charging. Downstairs, I saw a group of men and women—I refer to each of them in this Declaration as "FBI" or "officer"—holding large guns and pointing their weapons at me. I was told to put my phones down and to put my hands up, which I did.

4. I was directed outside my front door (which was broken, near the entrance), was told that the FBI had an arrest warrant and a search warrant for my house, and I was handcuffed.

5. Outside my house, one of the FBI officers told me that they had a search warrant for my house and all of my devices, including my cell phones, and asked if I could help them find them; I told her my cell phones were on the floor. Another FBI officer asked me about our house alarm, if I or my wife had any medical problems, and about my children, and I answered the FBI officer's questions. I was also told that, in a little while, they would explain everything to me.

6. After a little while, the FBI brought me back inside our house. I was informed that I would be brought to a courthouse.

7. I asked if I could change into clothes and wash; I was permitted to do so, in the presence of two FBI officers. I then asked if I could eat something before going to the courthouse, and my wife, Meei, was permitted to hand me two eggs and a cookie, and I ate them.

8. Then I asked Meei to call my attorney, Yitai, on my behalf; at the time I asked that question, I was thinking of Mr. Yitai Hu, General Counsel of the company that I co-founded over 30 years ago and where I then worked, Super Micro Computer, Inc. Meei responded that she did not have Yitai's phone number. I then asked the FBI officer if I could have my cell phone, so I could get Yitai's number and call him. The FBI asked who was Yitai, I explained who Yitai was, and the officer handed me one of my phones. While surrounded by the officers, they watched me as I typed in my passcode, which was the number "1" 4 times ("1111"). I saw an officer writing just after I tapped my passcode, and an officer then asked me to confirm that my passcode was four 1s, and I did so. I then found Yitai's telephone number, and I read it to the FBI officer, who wrote it down on two post-it notes, and I handed the phone back to the FBI officer. The officer said that later I would be able to call my attorney. The officer also gave a post-it note with Yitai's number to Meei.

9. A FBI officer then asked me for the password for my second phone, and asked me if the passcode was also four ones or "1111." I told the officer that the passcode for the second phone was six ones, "111111," after which I saw an officer writing. The FBI officer then handed me that phone and told me to enter the "111111" passcode, to "prove that it worked"; I entered the "111111" passcode into the second phone and the phone opened. The FBI officer then took the phone from me.

10. No one asked me to try to open either of my cellphones by facial recognition.

11. The FBI then took me outside my house, and I was put in a car and driven to where I was told was the FBI's office. While sitting in a room with two FBI officers, I was again told that I would be allowed to call my attorney. Then, for the first time, I was told that I did not have to say anything, that I had the right to remain silent, that anything I said could be used against me in court, that I could talk to an attorney for advice before being asked any questions, that had the right to have a lawyer with me during questioning, and that the court would appoint a lawyer to represent me if I could not afford a lawyer, before answering any questioning. This was the first time on March 19 that I was informed about these rights. I was asked to sign a paper that the FBI officer said would acknowledge that she read to me her statement of these rights, and I did so. I was then told that the FBI had an arrest warrant for me due to export violations with Super Micro servers, and that I would be allowed to talk to my attorney.

12. On March 19, 2026, I was never given the opportunity to call my attorney.

13. A little while later, I was taken to a courthouse in San Jose, and I was eventually brought to a courtroom and appeared before a judge. I was represented by a court-appointed attorney and, after the court proceeding, I was released.

14. None of the FBI who spoke to me on March 19 spoke to me in Mandarin, my first language. I can speak and understand English, but to a limited extent, and I understand and speak Mandarin much better than English, especially when the conversation involves topics unfamiliar to me, like law, and especially if the conversation is very important to me, like my arrest on March 19; in those situations, I do not like to take a chance relying on my English, and instead prefer Mandarin, which I understand better than English.

15. Before I signed this Declaration, its content was read to me in Mandarin, and I reviewed videotapes that the government had sent to my lawyers, portions of which helped me recollect what occurred after I was first taken outside my home and when I was inside the FBI offices.

Dated: Fremont, California
September 14, 2026

Wally Liaw