**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

v.

YIH-SHYAN "Wally" LIAW,
RUEI-TSANG "Steven" CHANG, and
TING WEI "Willy" SUN,

Defendants.

Case No. 1:26-cr-00100-ER

**REPLY DECLARATION OF ELIZA SIMONS**

I, ELIZA SIMONS, do declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an associate attorney at Petrillo Klein & Boxer LLP ("PKB"), counsel for Yih-Shyan "Wally" Liaw in the above-captioned case. The below is, *inter alia*, based upon my personal knowledge and information shared with me by TransPerfect Legal ("TransPerfect"), the e-discovery and translation vendor retained by PKB and Mr. Liaw.

2. Attached hereto as **EXHIBIT 40** is a true and correct copy of a letter from government counsel to defense counsel, dated October 20, 2026, disclosing that the [redacted] servers that sent and received wires from [redacted] to Super Micro Taiwan are "located outside of New York."

3. Attached hereto as **EXHIBIT 41** is a true and correct copy of a letter from defense counsel to government counsel, dated October 22, 2026, requesting the locations of the servers, wire-processing infrastructure, and account maintenance and servicing locations for the banks whose wire information the government produced in discovery.

4. Attached hereto as **EXHIBIT 42** is a true and correct copy of notes of a call between government counsel and representatives of the [redacted] on October 20, 2026 (USAO_027754).

5. Attached hereto as **EXHIBIT 43** is a true and correct copy of notes on a call between government counsel and representatives of [redacted] on October 9, 2026 (USAO_027755).

6. Attached hereto as **EXHIBIT 44** is a true and correct copy of notes on a call between government counsel and representatives of [redacted] on October 16, 2026 (USAO_027756).

7. Attached hereto as **EXHIBIT 45** is a true and correct copy of notes on a call between government counsel and representatives of [redacted] on October 5, 2026 (USAO_027758).

8. Attached hereto as **EXHIBIT 46** is a true and correct copy of a letter from defense counsel to government counsel, dated October 29, 2026, seeking clarification concerning the government's communications with [redacted] and [redacted] and the timing of its anticipated outreach to those institutions regarding the information requested in the defense's October 22, 2026 letter.

9. Attached hereto as **EXHIBIT 47** is a true and correct copy of a letter from government counsel to defense counsel, dated October 30, 2026, stating that it has not contacted [redacted] or [redacted].

10. Attached hereto as **EXHIBIT 48** is a true and correct copy of an Excel spreadsheet listing [redacted]-related wire transfers associated with [redacted] (USAO_R01_00002325).

11. Attached hereto as **EXHIBIT 49** is a true and correct copy of an Excel spreadsheet listing [redacted]-related wire transfers associated with [redacted] (USAO_R01_01038356).

12. Attached hereto as **EXHIBIT 50** is a true and correct copy of an Excel spreadsheet listing [redacted]-related wire transfers associated with [redacted] (USAO_R01_00854212).

13. Attached hereto as **EXHIBIT 51** is a true and correct copy of an Excel spreadsheet listing [redacted]-related wire transfers associated with [redacted] (USAO_R01_01038490).

14. Attached hereto as **EXHIBIT 52** is a true and correct copy of notes on a call between government counsel and representatives of the [redacted] on October 20, 2026 (USAO_027757).

15. Attached hereto as **EXHIBIT 53** is a true and correct copy of an Excel spreadsheet listing [redacted]-related wire transfers associated with [redacted] (USAO_R01_00001637).

16. Attached hereto as **EXHIBIT 54** is a true and correct copy of an email from Wally Liaw to [redacted], dated September 28, 2024 (USAO_R12_00000256 – USAO_R12_00000258).

17. Attached hereto as **EXHIBIT 55** is a true and correct copy of text messages exchanged between Wally Liaw, Steven Chang, and [redacted] on September 24, 2024, which were forensically extracted by TransPerfect from Mr. Liaw's iPhone 16.

18. Attached hereto as **EXHIBIT 56** is a machine translation of the text messages reflected in **EXHIBIT 55.**

19. I hereby declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

Executed on November 3, 2026.

Eliza Simons

Eliza Simons