# EXHIBIT 40

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 20, 2026

**<u>Via Email</u>**
Nelson A. Boxer, Esq.
Guy Petrillo, Esq.
Eliza Simons, Esq.
Petrillo Klein & Boxer LLP
655 Third Avenue, 12th Floor
New York, New York 10017

**Re: *United States v. Yih-Shyan "Wally" Liaw*, *et al.*, 26 Cr. 100 (ER)**

Dear Counsel:

The Government writes to inform you that, in preparing its response to the defendant's pretrial motions, the Government consulted with [redacted], which processed transactions between [redacted] and Supermicro's Taiwan subsidiary during the period of the charged offenses, as reflected in USAO_R01_00001635. Based on those conversations, the Government learned that the servers for [redacted] that handle sending and receiving wired funds are located outside of New York; however, the relevant correspondent accounts held at [redacted] were opened and are serviced in New York.

Very truly yours,

JAMES M. MCDONALD
United States Attorney

by: ______________________________
Juliana N. Murray
David J. Robles
Kevin T. Sullivan
Assistant United States Attorneys
(212) 637-2314 / -2550 / -1587