# EXHIBIT 41

655 Third Avenue, 12th Fl.
New York, NY 10017

T: 212.370.0330
www.pkbllp.com

Petrillo Klein + Boxer LLP

NELSON A. BOXER
nboxer@pkbllp.com
D: 212.370.0338
M: 917.273.2693

October 22, 2026

By E-Mail
David J. Robles
Juliana N. Murray
Kevin T. Sullivan
Assistant United States Attorneys
U.S. Attorney's Office, Southern District of New York
26 Federal Plaza
New York, New York 10278

**Re: *United States v. Liaw, et al.*, 26-CR-0100 (ER)**

Dear Counsel:

We write in response to your October 20, 2026 letter regarding the Government's communications with [redacted] concerning the transactions reflected in USAO_R01_00001635. In light of the information provided concerning [redacted], please confirm whether the Government has made similar inquiries of any other banks whose wire records relating to OBON were produced in discovery, including [redacted], and [redacted] whose records reflect wire transfers that passed through New York. If so, please identify each bank contacted and describe (i) the location of the servers, systems, or infrastructure that processed the relevant wire transfers; (ii) where any relevant correspondent accounts were maintained and serviced; and (iii) whether any processing, routing, settlement, or other activity relating to those wire transfers occurred in the Southern District of New York.

We would appreciate a prompt response so that we may evaluate the above-requested information in connection with the pending pretrial motions. The information requests herein are without prejudice to our arguments concerning venue, all of which are expressly reserved.

Sincerely,

*/s/ Nelson A. Boxer*
Nelson A. Boxer