# EXHIBIT 42

# [Filed Under Seal]